CARLOS CARLE DUBOIS, demandante y apelante, *v.* JOSÉ J. BENÍTEZ, demandado y apelado.

No. 6220.—*Sometido:* Enero 9, 1933. *Resuelto:* Enero 12, 1933.

*Largé & Acevedo,* abogados del apelante; *González Fagundo & González Jr.,* abogados del apelado.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

Para cumplir una sentencia condenatoria de pago en pleito de Carlos Carle Dubois contra José J. Benítez fué embargada y anunciada para venta en subasta una finca como perteneciente al demandado; subasta que fué suspendida por orden de la corte dictada en un *injunction* provisional decretado en otro pleito que sobre tercería por esa finca estableció la comunidad de bienes José J. Benítez e Hijos contra Carlos Carle Dubois y José J. Benítez. Posteriormente ordenó la corte que se sacara a remate el título, derecho e interés que José J. Benítez tenga en dicha finca, pero luego, a instancia del demandado José J. Benítez, fué dejada sin efecto esa orden de ejecución y el demandante interpuso esta apelación contra dicha resolución, la que se nos pide desestimemos por el fundamento de no ser apelable tal resolución.

El único apartado del párrafo 3º. del artículo 295 del Código de Enjuiciamiento Civil donde puede estar autorizada esta apelación es el que dice que se puede apelar "de una providencia especial dictada después de una sentencia definitiva".

Entendemos que la resolución objeto de este recurso es apelable por ser una providencia especial dictada después de sentencia definitiva, pues impide que el acreedor pueda hacer efectiva su sentencia en el derecho, título o interés que tiene

o pueda tener su deudor en determinada finca. Es una resolución que obstaculiza la efectividad de su sentencia y tiene derecho a que se resuelva en apelación si es errónea o no.

*La moción de desestimación de la apelación debe ser declarada sin lugar.*